# MEMORANDA

OF

## DECISIONS RENDERED WITHOUT EXTENDED OPINIONS DURING THE PERIOD EMBRACED IN THIS VOLUME.

No. 5,325.—JOHN A. GRAVELEY, Respondent, v. INTERMOUNTAIN MILLING CO., Appellant.

*Appeal from District Court, Broadwater County; Wm. L. Ford, Judge.*

Decided June 26, 1923.

PER CURIAM.—Upon motion of respondent it is ordered that the appeal in the above-entitled cause be dismissed.

*Mr. Wm. Scallon* and *Mr. F. T. Hooks,* for Respondent.

---

No. 5,360.—GEORGE ADAMCZICK et al., Respondents, v. CATHERINE MALLON, Appellant.

*Appeal from District Court, Silver Bow County.*

Decided September 10, 1923.

PER CURIAM.—Respondents' motion to dismiss the appeal herein is granted and the appeal is accordingly dismissed.

*Mr. Geo. D. Toole,* for Appellant.

*Mr. Jos. P. Vilk* and *Mr. Herbert Pease,* for Respondents.